## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Donald and Kathy Yow, | ) | |
| | ) | BK 09-33178 |
| Debtors, | ) | ADV 10-_____ |
| | ) | |
| | ) | |
| Donald and Kathy Yow, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| Washington University Physicians Network, | ) | |
| | ) | |
| Defendant. | ) | |

COMPLAINT FOR DETERMINATION OF CONTEMPT,

SANCTIONS AND INJUNCTIVE RELIEF

Comes now Debtors DONALD and KATHY YOW, by and through their undersigned counsel of record, submitting the following in support of this Complaint:

1. On November 30, 2009, Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Washington University Physicians Network (hereinafter referred to as "Washington") was listed as an unsecured creditor in Schedule F with mailing address of P.O. Box 502432, St. Louis, MO 63150-2432.

3. That upon information and belief the Court mailed a Notice of Commencement of Case to Washington at the listed address.

4. That Washington is holding an unsecured nonpriority claim.

5. That Washington University Physicians Network is a Missouri non-profit organization doing business as Washington University Physicians.

6. That on December 28, 2009, Washington contacted the Debtors by way of a monthly statement in attempt to collect this debt.

7. That on January 5, 2010, Debtors' Attorney contacted Washington by way of a notice indicating that the actions of Washington constituted a violation of the automatic stay of the bankruptcy code.

8. That on January 26, 2010, Washington contacted the Debtors by way of a monthly statement in attempt to collect this debt.

9. That on February 5, 2010, Debtor's Attorney contacted Washington by way of a notice indicating that the actions of Washington constituted a violation of the automatic stay of the bankruptcy code.

10. That on February 22, 2010, Washington contacted the Debtors by way of a monthly statement in attempt to collect this debt.

11. That on March 12, 2010, Washington contacted the Debtor by way of a letter indicating the account would be referred to an outside collection agency if a completed financial assistance packet was not submitted within 14 days.

12. That on March 21, 2010, Debtors contacted Washington by way of a notice indicating that the actions of Washington constituted a violation of the automatic stay of the bankruptcy code.

13. Washington's conduct in this matter constitutes a willful violation of the automatic stay provided for in 11 U.S.C. Section 362(a), entitling the Debtors to actual damages, costs and attorney's fees and punitive damages under 11 U.S.C. Section 362(k)(1).

14. Washington's conduct as aforesaid constitutes cause for the imposition of punitive sanctions designed to deter future misconduct on the part of these parties.

WHEREFORE, premise considered, Debtors pray for the entry of an Order finding Washington University Physicians in contempt of Court for its willful violations of the automatic stay, and awarding such injunctive relief, costs, attorney's fees, and punitive damages, and such other relief as is just.

RESPECTFULLY SUBMITTED,

By: __/s/J.D. Graham_____

J.D. Graham #06211732
Attorney for Debtor
4460 North Illinois Street, Suite 2
Swansea, IL 62226
Phone: 618.235.9800
Fax:  618.235.9805